IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01316-WYD-MEH

KAREN ZUMBRUN,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Unopposed Motion to Withdraw Motion to Dismiss Without Prejudice, filed August 27, 2007 (docket #17) is **GRANTED**.  Defendant's Motion to Dismiss, filed July 10, 2007 (docket #8) is hereby **WITHDRAWN**.

    Dated:  August 27, 2007