IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01316-WYD-MEH

KAREN ZUMBRUN,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 10, 2008.**

    Upon notice of a settlement of this matter, Plaintiff's Motion to Compel [filed December 19, 2007; doc #25] is **denied as moot**. The parties shall file dismissal papers with the Court on or before March 21, 2008.