IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01316-WYD-MEH

KAREN ZUMBRUN,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon the parties' Stipulation for Dismissal, filed April 28, 2008 (docket #47), it is hereby

ORDERED that this action is hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees.

    Dated: June 5, 2008

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      U. S. District Judge